UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PURUSHOTHAMAN RAJARAM,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>META PLATFORMS, INC., FKA Facebook, Inc.,<br><br>    Defendant - Appellee. | No. 22-16870<br><br>D.C. No. 3:22-cv-02920-LB<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

cl/mediation

Steven J. Saltiel
Circuit Mediator