
# Nationwide Encounters

Encounter data includes U.S. Border Patrol (USBP) Title 8 Apprehensions, Office of Field Operations (OFO) Title 8 Inadmissibles, and Title 42 Expulsions* for fiscal years (FY) 2020, 2021, 2022, and 2023. Data is available for the Northern Land Border, Southwest Land Border, and Nationwide (i.e., air, land, and sea modes of transportation) encounters.

Demographics for USBP and OFO include:

- Accompanied Minors (AM)

- Individuals in a Family Unit (FMUA)

- Single Adults

- Unaccompanied Children (UC) / Single Minors

To access the data used to build this dashboard, please visit the **CBP Data Portal**.

*Data is extracted from live CBP systems and data sources. Statistical information is subject to change due to corrections, systems changes, change in data definition, additional information, or encounters pending final review. Final statistics are available at the conclusion of each fiscal year.*

## U.S. Border Patrol and Office of Field Operations Encounters by Area of Responsibility and Component

**Note:** *Internet Explorer has problems displaying the following charts. Please use another browser (Chrome, Safari, Firefox, Edge) to view. When using a mobile device, the charts are best displayed in landscape mode.*

cited in Purushothaman Rajaram v. Meta Platforms, Inc., No. 22-16870 archived on June 21, 2024



# U.S. Customs and Border Protection (CBP) Encounters
Nationwide, Southwest Land Border,
and Northern Land Border Encounters by Fiscal Year (FY)

| Choose Region | FY | Component | Area of Responsibility |
|---|---|---|---|
| Nationwide ▼ | (All) ▼ | (All) ▼ | (All) ▼ |

| Demographic | Citizenship | Title of Authority | |
|---|---|---|---|
| (All) ▼ | (All) ▼ | (All) ▼ | **Reset Filters** |

FY  ▪ 2021   ▪ 2022   ▪ 2023   ▪ 2024 (FYTD)

## FY Nationwide Encounters by Month



| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 (FYTD) | 309,039 | 308,620 | 370,879 | 242,561 | 256,104 | 246,567 | 247,978 | 241,022 | | | | | 2,222,770 |
| 2023 | 278,317 | 284,624 | 302,392 | 209,151 | 213,911 | 259,471 | 276,036 | 275,186 | 211,457 | 245,154 | 304,073 | 341,392 | 3,201,144 |
| 2022 | 187,136 | 198,553 | 205,691 | 186,808 | 190,578 | 250,404 | 282,109 | 274,992 | 247,523 | 238,929 | 251,521 | 272,338 | 2,766,582 |
| 2021 | 90,585 | 89,072 | 92,746 | 95,276 | 115,559 | 192,025 | 196,190 | 198,459 | 207,823 | 233,919 | 231,243 | 213,622 | 1,956,519 |

## FY Comparison by Demographic

Case: 22-16870, 06/27/2024, ID: 12893828, DktEntry: 39-2, Page 2 of 5

cited in Purushothaman Rajaram v. Meta Platforms, Inc., No. 22-16870 archived on June 21, 2024



|  | Single Adults | FMUA | UC / Single Minors | Accompanied Minors |
|---|---|---|---|---|
| | 1,321,674 | 483,846 | 147,975 | 3,024 |
| | 1,993,694 | 614,023 | 152,880 | 5,985 |
| | 2,061,723 | 993,947 | 137,992 | 7,482 |
| | 1,350,015 | 785,631 | 83,047 | 4,077 |

**Source:** USBP and OFO official year end reporting for FY21-FY23; USBP and OFO month end reporting for FY24 to date. Data is current as of 6/6/2024.

# U.S. Border Patrol and Office of Field Operations Encounters by State

**Note:** *Nationwide encounters are the sum of CBP encounters across all areas of responsibility including Northern Land Border, Southwest Land Border, OFO non-land border ports of entry (airports, seaports), and USBP sectors that do not share a land border with Canada or Mexico (e.g., Miami Sector). This data is available for further review and download on the* [Nationwide Encounters Public Data Portal](#) *page.*

sited in Purushothaman Rajaram v. Meta Platforms, Inc.,
No. 22-16870 archived on June 21, 2024



**U.S. Customs and Border Protection**

## U.S. Customs and Border Protection (CBP) Encounters by State
Nationwide, Southwest Land Border,
and Northern Land Border Encounters by Fiscal Year (FY)

Choose Region
| Nationwide ▼ |

Fiscal Year
| (All) ▼ |

State
| (All) ▼ |

Title of Authority
| (All) ▼ |

Demographic
| (All) ▼ |

Citizenship
| (All) ▼ |

**Reset Filters**

FY  ■ 2021  ■ 2022  ■ 2023  ■ 2024 (FYTD)

| FY Nationwide Encounters by Month |
| --- |

cited in Purushothaman Rajaram v. Meta Platforms, Inc., No. 22-16870 archived on June 21, 2024

|  | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2024 (FYTD) | 309,039 | 308,620 | 370,879 | 242,561 | 256,104 | 246,567 | 247,978 | 241,022 |  |  |  |  | 2,222,770 |
| 2023 | 278,317 | 284,824 | 302,392 | 209,151 | 213,911 | 259,471 | 276,036 | 275,166 | 211,457 | 245,154 | 304,073 | 341,392 | 3,201,144 |
| 2022 | 187,136 | 198,553 | 205,691 | 186,808 | 190,578 | 200,404 | 262,109 | 274,992 | 247,523 | 238,929 | 251,521 | 272,338 | 2,766,582 |
| 2021 | 90,585 | 89,072 | 92,746 | 95,276 | 115,559 | 192,025 | 196,190 | 198,459 | 207,823 | 233,919 | 231,243 | 213,622 | 1,956,519 |

| FY Comparison by Demographic |
| --- |

Case: 22-16870, 06/27/2024, ID: 12893828, DktEntry: 39-2, Page 4 of 5



**Source:** USBP and OFO official year end reporting for FY21-FY23; USBP and OFO month end reporting for FY24 to date. Data is current as of 6/6/2024.

To ensure that law enforcement sensitive statistics are not publicly released, modifications to data filters have been made that may alter the format of data previously obtained from this dashboard.

For additional years of Southwest Land Border encounter data visit the Southwest Land Border Encounters webpage.

*Title 42 expulsions began March 21, 2020, and ended on May 11, 2023.

**Last Modified: Jun 20, 2024**

Case: 22-16870, 06/27/2024, ID: 12893828, DktEntry: 39-2, Page 5 of 5

cited in Purushothaman Rajaram v. Meta Platforms, Inc., No. 22-16870 archived on June 21, 2024